UNTIED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITES STATES OF AMERICA

v.                                                                                      Case No: 8:02-cr-365-T-24 TBM

JOE WAYNE HETHCOX
_____/

ORDER

This cause comes before the Court on a violation of supervised release. Defendant Hethcox was sentenced on November 18, 2003 for threatening the life of the President of the United States, and he received a sentence of 46 months of imprisonment, followed by 3 years of supervised release. His supervised release contains the special condition that he participate in a program of mental health treatment.

On July 10, 2006, the probation officer filed a petition with the Court (Doc. No. 31) stating that Defendant Hethcox violated his supervised release by committing new criminal conduct while on supervised release (a violation of condition that he not commit a federal, state, or local crime while under supervision). Specifically, the probation officer states that on July 3, 2006, Defendant Hethcox called the United States Secret Service and later met with agent Mike Roache and stated that he planned to get on a bus and go to Washington to kill the President of the United States.

On August 4, 2006, the Court conducted a hearing. At the hearing, Defendant Hethcox admitted to violating his supervised release. Accordingly, the Court finds that Defendant Hethcox violated the terms and conditions of his supervised release by committing new criminal conduct while on supervised release.

It is, therefore, ORDERED AND ADJUDGED that Defendant Hethcox's supervised

release is **REVOKED**, and he is sentenced to **TWENTY-FOUR MONTHS** in the Bureau of Prisons. The Court recommends that Defendant Hethcox serve his sentence at a medical facility such as FCI Rochester or FCI Butner. Additionally, the Court orders that while serving his sentence, Defendant Hethcox shall receive intensive mental health treatment and alcohol treatment. In imposing this sentence, the Court has considered the factors set forth in 18 U.S.C. § 3553(a) and the advisory guidelines.

      **DONE AND ORDERED** at Tampa, Florida this 4th day of August, 2006.

*Susan C. Bucklew*
SUSAN C. BUCKLEW
United States District Judge

Copies to:
Jay Hoffer, AUSA
Dionja Dyer, AFPD
U.S. Marshal Service
U.S. Probation Office